IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          Case No. 4:18-cr-40003-001

MICHAEL WADE MCBRIDE                                                  DEFENDANT

## ORDER

Defendant was released on Supervised Release on February 10, 2017. He is currently being supervised by the United States Probation Office in the Western District of Arkansas. Before the Court is the Petition for Action on an alleged violation of supervised release. ECF No. 2. Defendant appeared at an initial appearance on April 11, 2018 regarding this Petition. ECF No. 7. The Government did not request detention but did request additional conditions of release pending a final hearing on the Petition. After consideration of the Pretrial Services Report (ECF No. 6) and statements of counsel, the Court finds that additional conditions of release should be imposed pending a final hearing.

Accordingly, it is **ORDERED** the Defendant be released pending final hearing subject to the following conditions:

1. All previous conditions of Defendant's supervised release remain in full effect unless specifically modified in this Order;

2. The Defendant shall refrain from **any** use of alcohol; and

3. Defendant will have no contact of any kind, either direct or indirect, in person, by phone, in writing or electronically, with any person who is a victim or potential witness to the offense underlying the allegation in the Petition, including but not limited to: **Joseph Combs** and **Shedera Combs**.

Any further violation of his conditions of supervised release or these additional conditions of pre-hearing release shall result in an arrest warrant being issued for the Defendant.

**SO ORDERED** this **11th day of April 2018.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE